B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Scott A. Sinar | |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 7113 | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 2611 N. Magnollia Chicago, IL | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS COOK             ZIP CODE  60614 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☑ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
 b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Scott Sinar__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Executive VP
Signature of Petitioner or Representative (State title)
FirstMerit Bank, N.A.
Name of Petitioner         Date Signed 10/29/14

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael E. Hayes
FirstMerit Bank, N.A.
CHI 943, 501 North Ave.
Melrose Park, IL 60160

/s/ Sara E. Lorber           10/23/2014
Signature of Attorney         Date
The Law Office of William J. Factor, Ltd.
Name of Attorney Firm (If any)
105 W. Madison St., Suite 1500, Chicago, IL 60602
Address
(312) 373-7227
Telephone No.

x _Barbara Taube_ Senior V.P.
Signature of Petitioner or Representative (State title)
Guarantee Trust Life Insurance Co.
Name of Petitioner         Date Signed 10/29/14

Name & Mailing Address of Individual Signing in Representative Capacity:
Barb Taube
Guarantee Trust Life Insurance Co.
1275 Milwaukee Ave.
Glenview, IL 60025

/s/ Ryan Potts              10/23/2014
Signature of Attorney         Date
Brotschul Potts LLC
Name of Attorney Firm (If any)
230 West Monroe St. Ste. 230 Chicago, Illinois 60606
Address
(312) 551-9003
Telephone No.

x _[signature]_
Signature of Petitioner or Representative (State title)
Patricia Mazzone
Name of Petitioner         Date Signed 10-07-14

Name & Mailing Address of Individual Signing in Representative Capacity:
Patricia Mazzone
c/o John O'Driscoll
Tressler LLP
305 W. Briarcliff Rd.
Bollingbrook, IL 60440

/s/ John O'Driscoll         10/23/2014
Signature of Attorney         Date
Tressler LLP
Name of Attorney Firm (If any)
305 West Briarcliff Road Bolingbrook, IL 60440
Address
(630) 343-5209
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim * |
|---|---|---|
| FirstMerit Bank, N.A., 501 North Ave., Melrose Park, IL 60160 | Two judgments | $1,523,756.41 (judgments attached) |
| Guarantee Trust Life Insurance Co., 1275 Milwaukee Ave. Glenview, IL 60025 | Judgment | $355,956.42 (judgment attached) |
| Patricia Mazzone, c/o John O'Malley Tressler LLP, 305 W. Briarcliff Rd., Bollingbrook, IL 60440 | Judgment | $100,000.00 (judgment attached) |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $1,979,712.83 |

_____ continuation sheets attached

*Claim (judgment) amounts do not include post-petition statutory interest or recoverable costs. Petitioning creditors reserve the right to include such amounts in any proofs of claims filed in this case.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A.,<br>    Plaintiff,<br>v.<br>SDP V, LLC, RICHARD ARONSON,<br>SCOTT A. SINAR, UNKNOWN OWNERS,<br>and NON-RECORD CLAIMANTS,<br>    Defendants. | Case No. 11-CH-11564<br>Calendar 60<br><br>Judge Jean Prendergast Rooney<br><br>NOV 27 2012<br><br>Circuit Court – 2044 |
| SCOTT A. SINAR,<br>    Third-Party Plaintiff,<br>v.<br>CHRISTOPHER PICONE,<br>    Third-Party Defendant. | Property Address:<br>1809 West Devon Avenue<br>Chicago, IL 60660 |

**ORDER APPROVING REPORT OF SALE AND DISTRIBUTION,
CONFIRMING JUDICIAL SALE AND ORDER OF POSSESSION**

This cause coming to be heard on Plaintiff's Motion to Approve Report of Sale and Distribution and to Confirm Judicial Sale, due notice having been given and the Court being fully advised in the premises;

THE COURT HAVING FOUND THAT:

A.    Mortgagor SDP V, LLC granted a mortgage to Midwest Bank and Trust Company ("Midwest Bank") recorded with the Recorder of Deeds of Cook County, Illinois on July 27, 2005 as Document No. 0520802175 (the "Mortgage") encumbering certain real property located at 1809 W. Devon, Chicago, Illinois (the "Subject Property"), which is legally described as follows:

PARCEL 1:

LOTS 1, 2, 3 AND 4 IN BLOCK 4 IN HIGHRIDGE, BEING A SUBDIVISION IN THE NORTH ½ OF THE NORTHEAST ¼ OF SECTION 6, TOWNSHIP 40 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PARCEL 2:

ALL THAT PART OF THE NORTH/SOUTH 16-FOOT VACATED ALLEY, LYING WEST OF THE WEST LINE OF LOTS 1 TO 4, BOTH INCLUSIVE; LYING EAST OF THE EAST LINE OF LOTS 5 TO 8, BOTH INCLUSIVE; LYING SOUTH OF A LINE DRAWN FROM THE NORTHWEST CORNER OF LOT 1 TO THE NORTHEAST CORNER OF LOT 8; AND LYING NORTH OF A LINE DRAWN FROM THE SOUTHWEST CORNER OF LOT 4 TO THE SOUTHEAST CORNER OF LOT 5, ALL IN BLOCK 4 IN "HIGHRIDGE" BEING A SUBDIVISION IN THE NORTH ½ OF THE NORTHEAST ¼ OF SECTION 6, TOWNSHIP 40 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PARCEL 3:

THE NORTH 225.0 FEET OF LOT 'B' IN HIGHRIDGE, BEING A SUBDIVISION IN THE NORTH ½ OF THE NORTHEAST ¼ OF SECTION 6, TOWNSHIP 40 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 1809 W. Devon Avenue, Chicago, IL 60660

Property Index No. 14-06-201-014-0000; 14-06-201-015-0000

B. On or about May 14, 2010 Midwest Bank was closed by the applicable bank regulatory authorities and the Federal Deposit Insurance Corporation (the "FDIC"), as appointed receiver for Midwest Bank, sold the rights and interests under the note, Mortgage, and guaranties which are the subject of this action to FirstMerit Bank, N.A. ("FirstMerit");

C. The Subject Property is not "residential real estate" as that term is defined in Section 15-1219 of the Illinois Mortgage Foreclosure Law, 735 ILCS 5/15-1219 (West 2009);

D. The Subject Property was last inspected on November 10, 2012;

E. A judgment of foreclosure and sale relating to the Mortgage was entered by this Court on August 9, 2012 (the "Judgment of Foreclosure");

F. The judicial sale of the Subject Property was conducted on October 15, 2012, at which sale Plaintiff was the highest bidder wherein it credit bid $920,000.00 (the "Judicial Sale"); and

G.    The Judicial Sale was fairly and properly conducted, and the Report of Sale and Distribution attached hereto and made a part hereof as Exhibit 1 (the "Report of Sale") comply in every respect with the terms of the Judgment of Foreclosure and the requirements for such reports and sales set forth in the Illinois Mortgage Foreclosure Law, 735 ILCS 5/15-1501 *et seq.* (West 2009).

H.    The certificate holder's contact information is as follows:

FirstMerit Bank, N.A.
14701 S. La Grange Road
Orland Park, Illinois 60462
Attn: Elegija Crites
(708)590-7571

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.    The Judicial Sale and the Report of Sale are hereby approved, ratified and confirmed;

2.    The proceeds of the Judicial Sale shall be immediately distributed in accordance with the terms of the Report of Sale;

3.    Any special right to redeem, if applicable, pursuant to 735 ILCS 5/15-1604 (West 2009) shall expire 30 days after the entry of this order;

4.    The Judicial Sales Corporation shall immediately execute and deliver a deed sufficient to convey title to the Subject Property to Plaintiff or its designee;

5.    The Sheriff of Cook County, Illinois is directed to evict and dispossess Defendants SDP V, LLC, Richard Aronson and Scott A. Sinar from/of the Subject Property located at 1809 W. Devon, Chicago, Illinois 60660, on or any time after 30 days from the entry of this order, pursuant to 735 ILCS 5/15-1701(d) (West 2009), without further order of court;

6. The deed to be issued hereunder conveying title to the Subject Property is a transaction that is exempt from all transfer taxes, either state or local, and the Recorder of Deeds of Cook County, Illinois is ordered to permit immediate recordation of the deed issued hereunder without any exemption stamps, if applicable;

7. An *in personam* deficiency judgment is entered on Count I of Plaintiff's Complaint to Foreclose Mortgage and for Other Relief in favor of Plaintiff and against Defendants, SDP V, LLC and Scott A. Sinar, jointly and severally, in the amount of $1,264,872.72, comprised of the deficiency stated in the Report of Sale ($1,259,519.62) plus the sum related to the payment of the second installment of 2011 real estate taxes assessed against the Subject Property ($5,353.10).

8. Plaintiff shall mail a copy of this order to defendants at their last known address within seven (7) days of the date of this order.

9. There is no just reason to delay enforcement or appeal from this judgment or any other nonfinal order giving rise to the entry of such judgment.

Entered:

Francis X. Buckley, Jr.
Ann Addis Pantoga
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
(312) 346-7500
Firm I.D. 48614

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A.,<br>Plaintiff,<br>v.<br><br>LAWRENCE ARTESIAN RETAIL, LLC,<br>RICHARD ARONSON, SCOTT A. SINAR,<br>CHRISTOPHER L. PICONE,<br>THE ARTESIAN CONDOMINIUM,<br>an Illinois not-for-profit corporation a/k/a<br>THE ARTESIAN CONDOMINIUM<br>ASSOCIATION, UNKNOWN OWNERS,<br>and NON-RECORD CLAIMANTS,<br>Defendants. | Case No. 11-CH-11958<br>Calendar 64<br><br>Judge Robert E. Senechalle<br><br>Property Address:<br>4751 North Artesian<br>Chicago, Illinois 60625 |

### ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING JUDICIAL SALE AND ORDER OF POSSESSION

This cause coming to be heard on Plaintiff's Motion to Approve Report of Sale and Distribution and to Confirm Judicial Sale, due notice having been given and the Court being fully advised in the premises;

THE COURT HAVING FOUND THAT:

A.  Mortgagor Lawrence Artesian Retail, LLC granted a mortgage to Midwest Bank and Trust Company ("Midwest Bank") recorded with the Recorder of Deeds of Cook County, Illinois on October 3, 2005 as Document No. 0527602228 as modified by the Modification of Mortgage recorded with the Recorder of Deeds of Cook County, Illinois on November 18, 2009 as Document No. 0932233109 (the "Mortgage") encumbering certain real property located at 4751 North Artesian, Chicago, Illinois (the "Subject Property"), which is legally described as follows:

> UNITS C3, C4, P-5, P-13, P-29, P-30, P-31, P-34, P-36 AND P-37 IN THE ARTESIAN CONDOMINIUM AS DELINEATED ON A SURVEY OF PART OF THE EAST ½ OF THE NORTHEAST ¼ OF SECTION 13, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING

NORTH OF THE NORTHWESTERN ELEVATED RAILROAD RIGHT-OF-WAY, IN COOK COUNTY, ILLINOIS WHICH SURVEY IS ATTACHED AS EXHIBIT "E" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT NUMBER 09062835, AND AS AMENDED BY DOCUMENT NUMBERS 00271119, 0010782271, 0020716521 AND 0406444008, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.

Commonly known as 4751 North Artesian, Units C3, C4, P-5, P-13, P-29, P-30, P-31, P-34, P-36 and P-37, Chicago, Illinois

Property Index Nos. 13-13-207-042-1038; 13-13-207-042-1039; 13-13-207-042-1044, 13-13-207-042-1052; 13-13-207-042-1068; 13-13-207-042-1069; 13-13-207-042-1070; 13-13-207-042-1073; 13-13-207-042-1075; and 13-13-207-042-1076.

B.    On or about May 14, 2010 Midwest Bank was closed by the applicable bank regulatory authorities and the Federal Deposit Insurance Corporation (the "FDIC"), as appointed receiver for Midwest Bank, sold the rights and interests under the note, Mortgage, and guaranties which are the subject of this action to FirstMerit Bank, N.A. ("FirstMerit");

C.    The Subject Property is not "residential real estate" as that term is defined in Section 15-1219 of the Illinois Mortgage Foreclosure Law, 735 ILCS 5/15-1219 (West 2009);

D.    The Subject Property was last inspected on February 19, 2013;

E.    A judgment of foreclosure and sale relating to the Mortgage was entered by this Court on January 4, 2013 (the "Judgment of Foreclosure");

F.    The judicial sale of the Subject Property was conducted on February 13, 2013, at which sale Third Coast Holdings, LLC was the highest bidder wherein it bid $254,100.00 (the "Judicial Sale"); and

G.    The Judicial Sale was fairly and properly conducted, and the Report of Sale and Distribution attached hereto and made a part hereof as Exhibit 1 (the "Report of Sale") comply in every respect with the terms of the Judgment of Foreclosure and the requirements for such

reports and sales set forth in the Illinois Mortgage Foreclosure Law, 735 ILCS 5/15-1501 *et seq.* (West 2009).

    H.    The certificate holder's contact information is as follows:

> Third Coast Holdings LLC
> c/o Tom Dekoven
> 1238 W. Newport
> Chicago, Illinois 60657
> 312-719-0979

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.    The Judicial Sale and the Report of Sale are hereby approved, ratified and confirmed;

2.    The proceeds of the Judicial Sale shall be immediately distributed, less the commission, to FirstMerit Bank, N.A., in accordance with the terms of the Report of Sale;

3.    Any special right to redeem, if applicable, pursuant to 735 ILCS 5/15-1604 (West 2009) shall expire 30 days after the entry of this order;

4.    The Judicial Sales Corporation shall immediately execute and deliver a deed sufficient to convey title to the Subject Property to Third Coast Holdings LLC or its designee;

5.    The Sheriff of Cook County, Illinois is directed to evict and dispossess Defendants Lawrence Artesian Retail, LLC, Richard Aronson and Scott A. Sinar from/of the Subject Property located at 4751 North Artesian, Units C3, C4, P-5, P-13, P-29, P30, P-31, P-34, P-36 and P-37, Chicago, Illinois 60660, on or any time after 30 days from the entry of this order, pursuant to 735 ILCS 5/15-1701(d) (West 2009), without further order of court;

6.    The deed to be issued hereunder conveying title to the Subject Property is a transaction that is exempt from all transfer taxes, either state or local, and the Recorder of Deeds

of Cook County, Illinois is ordered to permit immediate recordation of the deed issued hereunder without any exemption stamps, if applicable;

7. An *in personam* deficiency judgment is entered on Count I of Plaintiff's Complaint to Foreclose Mortgage and for Other Relief in favor of Plaintiff and against Defendants, Lawrence Artesian Retail, LLC and Scott A. Sinar, jointly and severally, in the amount of $258,883.69, comprised of the deficiency stated in the Report of Sale ($190,883.69) plus the award of attorneys' fees set forth in this Court's February 22, 2013 Agreed Order ($68,000.00).

8. Plaintiff shall mail a copy of this order to defendants at their last known address within seven (7) days of the date of this order.

9. ~~There is no just reason to delay enforcement or appeal from this judgment or any other nonfinal order giving rise to the entry of such judgment.~~

Entered: _____

ENTERED
Judge Robert E. Gordon-1915

CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, ILLINOIS
DEPUTY CLERK

Francis X. Buckley, Jr.
Ann Addis Pantoga
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
(312) 346-7500
Firm I.D. 48614

- 4 -



# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| GUARANTEE TRUST LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 11-CH-18214 |
| ) | |
| CRP VII, L.P., ) An Illinois limited partnership; ) SCOTT A. SINAR, an individual; ) 1538-44 W. THORNDALE PARK ) CONDOMINIUM ASSOCIATION; ) UNKNOWN OWNERS; and, ) NON-RECORD CLAIMANTS, ) ) Defendants. ) | Property Address: 1538-44 W. Thorndale Chicago, Illinois |

## ORDER CONFIRMING THE SALE

This matter having come before the Court on Plaintiff, GUARANTEE TRUST LIFE INSURANCE COMPANY's, (the *"Plaintiff"*) Motion to Confirm Judicial Sale and on the report of The Judicial Sales Corporation, appointed to make a sale of the real estate at issue in this cause to satisfy the judgment entered by this Court on April 25, 2013, this Court having reviewed the Report of Sale and Distribution showing the proceedings of The Judicial Sales Corporation under said judgment and the distribution of the proceeds derived from said sale, due notice of said motion having been given, the Court having examined said report and being otherwise fully advised in the premises, FINDS THAT:

1. Notice of this sale and of the motion to confirm the sale was duly given according to the judgment and the law.

2. That this sale was conducted in accordance with the terms of the judgment and the law.

3. The sale was fair and properly made.

4. That the said sale has in every respect proceeded in accordance with the terms of this Court's Judgment.

5. That justice was done.

**IT IS THEREFORE ORDERED:**

6. That the sale of the premises involved herein and the Report of Sale and Distribution are hereby approved.

7. That the fees, costs and expenses of the mortgagee arising between the date of judgment and the date of this sale are reasonable and are approved.

8. That any special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, expires 30 days after execution of this Order.

9. That 735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15.

10. That the redemption and reinstatement periods, pursuant to the Mortgage, have been waived by the Defendants.

11. That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff's is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court as provided in 735 ILCS 5/15-1701.

12. That the highest bidder in accordance with the terms of the judgment in law was a successful third party bidder, THORNDALE RESIDENTIAL LLC, an Illinois limited liability company with an address of 3522 N. JANSEN, CHICAGO ILLINOIS 60657, who bid the amount of SEVEN HUNDRED FORTY THOUSAND AND 00/100THS CENTS ($740,000.00), which bid should be confirmed.

13. The sale price is commensurate with the expected and anticipated value of the property, after costs, fees and commissions.

14. The subject property is commercial property.

15. There was a deficiency in the amount of $400,414.21 from the Judicial Sale.

16. Plaintiff has incurred costs and legal fees in an additional amount of $11,721.25 since the judgment was entered.

17. Receiver presently has a balance of $51,791.54 in the Operating Account which shall be turned over to the Plaintiff.

18. Thus, a deficiency judgment shall be entered against Defendants CRP VII, L.P and SCOTT A. SINAR, and each of them, jointly and severally, in the amount of $400,414.21 for amounts due and owing, plus fees, costs and rents approved in Paragraphs 16 and 17. After adjustment for additional fees, costs and credits, the deficiency judgment amount shall be $355,956.42

19. A Memorandum of Judgment in favor of Plaintiff and against CRP VII, L.P and SCOTT A. SINAR shall be recorded instanter, in the amount of $355,956.42.

20. That THORNDALE RESIDENTIAL LLC, an Illinois limited liability company, as successful third party bidder, is entitled to and shall be awarded immediate possession of the real estate commonly known as 1538-44 WEST THORNDALE, CHICAGO, ILLINOIS 60660, without further Order of Court, as provided in 735 ILCS 5/15-1701. The legal description of that property is as follows:

UNITS 1542-G, 1544-2, 1540-2, 1540-3, 1538-1 AND 1540-D TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN THORNDALE PARK CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NO. 0010543620, IN THE SOUTHWEST 1/4 OF SECTION 5, TOWNSHIP 40 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

21. That there be no just cause for delay in the enforcement of or appeal from this Order.

22. That The Judicial Sales Corporation shall issue a deed directly to THORNDALE RESIDENTIAL LLC, an Illinois limited liability company, as successful third party bidder, without further order of this Court, in accordance with the law.

Entered: _____

Dated: _____

Judge Michael F. Otto

FEB 2 8 2014

Circuit Court – 2065

Prepared by:
J. Ryan Potts
Chris Fotopoulos
BROTSCHUL POTTS LLC
230 W. Monroe Street, Suite 230
Chicago, Illinois 60606
T: 312-551-9003
F: 312-277-3278
FIRM # 43421

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Mazzone                )
                       )
                       )
                       )
                       )
            v.         )    NO.  08 L 11711
                       )
                       )
Sinar, et al           )
                       )

**ORDER**

This matter coming to be heard on Plaintiff's
Motion for Reinstatement and Entry of
Judgment against Defendant
Scott A Sinar
The Court being fully advised
IT IS HEREBY ORDERED

1) Plaintiff's Motion for Reinstatement of
   suit against Scott A Sinar is granted

2) Judgment entered in favor of
   Patricia Mazzone and against Scott A
   Sinar for $100,000.

3) Come set for status on
   3/6/12 at 9:45 AM in Room 1907

Firm: Tressler LLP
Attn. for:
Address: 233 S Wacker
City/Zip: Chicago 60606
Telephone: (312) 627-4000
Firm No.: TC-39

FILE STAMP ONLY
ENTERED
JAN 26 2012

ASSOC. JUDGE BRIGID MARY McGRATH
CIRCUIT COURT - #1800

ENTERED:
Judge Brigid Mary McGrath